NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SHIH-MING LIN, HUNG-CHI LIN,**
*Appellants*

---

2017-2263

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/798,304.

---

## JUDGMENT

---

DUNCAN PALMATIER, Law Offices of S.J. Christine Yang, Fountain Valley, CA, argued for appellants.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, COKE MORGAN STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


<u>July 17, 2018</u>　　　　　　　<u>/s/ Peter R. Marksteiner</u>
　　Date　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　Clerk of Court